UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTINEZ VARGAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHERYL PLILER,<br><br>　　　　Respondent. | CIV F 03-6622 OWW WMW HC<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(DOCUMENTS #32 & #34) |

　　　　Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On March 16, 2005, petitioner filed a motion to extend time to file a traverse in response to the answer filed by respondent on February 18, 2005. On April 13, 2005, petitioner filed a second request for extension of time, along with the traverse.   Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that, the request for an extension of time to file the traverse is GRANTED nunc pro tunc to March 21, 2005 .

IT IS SO ORDERED.

**Dated:   April 19, 2005**　　　　　　　　　/s/  William M. Wunderlich
bl0dc4　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE