UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTINEZ, VARGAS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> CHERYL PLILER, ) <br> ) <br> ) <br> Respondent. ) <br> _____ ) | 1:03-CV-06622-OWW-WMW-HC <br><br> ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE <br> (DOCUMENT #44) |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 13, 2005, respondent filed a motion to extend time to file a response to petitioner's motion to stay and hold the petition in abeyance.  On October 28, 2005, respondent filed a notice of non-opposition to petitioner's motion, and on November 14, 2005, respondent submitted a response to petitioner's motion.  Due to respondent's submission of the responses, the request for an extension of time is GRANTED nunc pro tunc to October 16, 2005.

IT IS SO ORDERED.

**Dated:   November 16, 2005**          /s/  William M. Wunderlich
bl0dc4                                                    UNITED STATES MAGISTRATE JUDGE