Case 1:03-cv-06622-OWW-SMS   Document 57   Filed 11/14/06   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JASON MARTINEZ VARGAS,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

vs.

CV-F-03-6622 OWW/WMW HC

CHERYL PLILER,

_____/

    Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

    _____    Granted for the following reason:

_____

_____

_____

_____

    _X_    Denied for the following reason:

NO ISSUE PRESENTED DEBATEABLE AMONG JURISTS OF REASON — 4 COUNTS OF ARMED ROBBERY, WEAPONS AND GANG ENHANCEMENTS ARE VALID COMPONENTS OF STATE SENTENCING SCHEME.

Dated: 11-24-06

OLIVER W. WANGER
United States District Judge