1

2

3

4

5 # UNITED STATES DISTRICT COURT

6 ### EASTERN DISTRICT OF CALIFORNIA

7

8 JASON MARTINEZ VARGAS,    )    1:03-cv-06622 OWW YNP [DLB] (HC)
    )

9         Petitioner,    )    ORDER CONTINUING STATUS
    )    CONFERENCE

10     v.    )    Status Conference: April 29, 2010 at 10:00 am
    )

11     )    [Doc. #72]
CHERYL PLILER,    )

12     )
        Respondent.    )

13 _____)

14     Petitioner is a state prisoner proceeding with representation with a petition for writ of habeas

15 corpus pursuant to 28 U.S.C. § 2254.

16     On September 26, 2006, this Court denied Petitioner's petition in full. (Doc. #55.) Petitioner

17 appealed the decision and on June 26, 2009, the Ninth Circuit court of appeals affirmed in part and

18 reversed in part and remanded the case back to the District Court for an evidentiary hearing on the

19 issue of Petitioner's Sixth Amendment ineffective assistance of counsel claim. (Doc. #69.)

20 Petitioner was appointed counsel on July 16, 2009. On December 24, 2009, Petitioner filed a request

21 for a status conference regarding the mandated evidentiary hearing.

22     This case has been assigned to the Yosemite National Park chambers, which is currently

23 awaiting the swearing of a new magistrate judge in. Therefore, in the interest of judicial economy,

24 the status conference will be continued until April 30, 2010.

25     The parties shall file a Joint Status Report on or before April 23, 2010.

26     IT IS SO ORDERED.

27    **Dated:**   **March 18, 2010**         **/s/ Dennis L. Beck**
                           UNITED STATES MAGISTRATE JUDGE

28