UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTINEZ VARGAS,                Petitioner,     v.  CHERYL PLILER,                Respondent. | 1:03-cv–6622-OWW-SMS-HC  ORDER AFTER TELEPHONIC STATUS CONFERENCE  ORDER SETTING EVIDENTIARY HEARING  **Date:   September 9, 2010**  **Time:   1:00 p.m.**  **Place:  Courtroom 7**  ORDER SETTING OTHER DEADLINES |

Petitioner is a state prisoner proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

On April 20, 2010, at 10:00 a.m, a telephonic status conference was held in which Carolyn D. Phillips participated on behalf of Petitioner, and Paul Edward O'Connor of the office of the Attorney General of the state of California participated on behalf of Respondent.

The parties discussed the scope of the issue remanded by the Ninth Circuit Court of Appeals for an evidentiary hearing and

1

agreed that it included the claim that Petitioner's trial counsel slept through critical stages of the trial and suffered fatigue during argument.

Counsel agreed that one-half day was sufficient for the hearing, at which counsel anticipated examining no more than several witnesses, including Petitioner, who is housed at Corcoran; the defense attorney, George Wright Quick; the trial judge, the Honorable Clarence Westra; and Jared Hamilton, the prosecutor, whose testimony might become the subject of a stipulation or declaration.

Counsel agreed that argument and briefing should occur after the hearing, at which time a schedule shall be set for receipt of the transcript and the filing of briefing.

The Court confirmed that telephonic appearances would be sufficient for the hearing of any motions that might be filed before the evidentiary hearing.

Accordingly, it IS ORDERED that

1) The evidentiary hearing in this matter IS SET for September 9, 2010, at 1:00 p.m., before the undersigned Magistrate Judge in Courtroom 7; and

2) Counsel SHALL NOTIFY the Court in writing no later than **August 1, 2010,** of any witnesses other than Petitioner for whom writs will be necessary in order to procure their attendance at the hearing;

3) If there are any issues concerning evidence or the hearing which counsel are unable to resolve, then such issues SHALL BE PRESENTED to the Court BY MOTION served, filed, and briefed in sufficient time in order to be heard no later than on

the law and motion calendar of the undersigned Magistrate Judge on Friday, **August 6, 2010, at 9:30 a.m.;** and,

    4) The status conference previously set for April 29, 2010 at 10:00 a.m., as well as the April 23, 2010, deadline for filing a status report, is VACATED (Doc. 73).

IT IS SO ORDERED.

**Dated:   April 21, 2010**               /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE