FILED

AUG 1 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTINEZ VARGAS, | Case No. CV F 03-6622 OWW SMS HC |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| CHERYL PLILER, | |
| Respondent. | |

The redacted Declaration of Garrett Hamilton shall be admitted for all purposes at the evidentiary hearing in this case.

Dated: August 18, 2010          _____
                                 Magistrate Judge Sandra M. Snyder

1

[Proposed] Order (CV F 03-6622 OWW WMW HC)

1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  STEPHEN G. HERNDON, State Bar No. 130642
   Supervising Deputy Attorney General
3  PAUL E. O'CONNOR, State Bar No. 170829
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-5290
6   Fax: (916) 324-2960
    E-mail: Paul.OConnor@doj.ca.gov
7  *Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JASON MARTINEZ VARGAS, | CV F 03-6622 OWW SMS HC |
|---|---|
| Petitioner, | |
| v. | **STIPULATION RE HAMILTON DELCARATION** |
| CHERYL PLILER, | |
| Respondent. | |

1 | The parties stipulate that the attached redacted Declaration of Garrett Hamilton shall be
2 | admitted for all purposes at the evidentiary hearing in this case.

3 | Dated: August 10, 2010                                    Respectfully Submitted,

4 |                                                           EDMUND G. BROWN JR.
   |                                                           Attorney General of California
5 |                                                           STEPHEN G. HERNDON
   |                                                           Supervising Deputy Attorney General
6 |

7 |
8 |                                                           *[signature]*
9 |                                                           PAUL E. O'CONNOR
   |                                                           Deputy Attorney General
10|                                                           *Attorneys for Respondent*

11|
12|                                                           *[signature]*
   |                                                           CAROLYN PHILLIPS, ESQ.
13|                                                           *Attorney for Petitoner*

14| SA2004FH0235
   | Document in ProLaw

1

Stipulaion re Hamilton Declartion (CV F 03-6622 OWW WMW HC)

## Declaration of Garrett Hamilton

My name is Garrett Hamilton. I am currently a deputy district attorney with the Yolo County District Attorney's Office. I used to be employed as a deputy district attorney in the Kern County District Attorney's Office.

I was the trial deputy in People v. Jason Vargas. I do recall the case generally and some specifics, including the fact that the case was in trial before the Honorable Judge Clarence Westra Jr., and the fact that the defendant was represented by Mr. George Quick.

I have reviewed portions of the trial transcript provided to me by the Attorney General's Office. I have been asked to recall if I observed Mr. Quick asleep during the trial, specifically during the testimony of Officer Frank Gonzales. I have also been asked if I recall him being fatigued during closing arguments.

I don't remember either of the above events happening. I have read Mr. Quick's objection where he said "Objection. I don't think we've heard that testimony. I may have been asleep." reading the transcript of this objection does not make me remember being there and hearing it,

I had several if not numerous cases with Mr. Quick when I was in the Kern County District Attorney's office, and he was an experienced and capable opponent in criminal matters.

I declare under penalty of perjury that the above is true to the best of my knowledge and recollection.

Garrett Hamilton
8-2-2010