Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5622
559/248-9833

Attorney for Jason Vargas

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON VARGAS, | Case No. 1:03-cv-06622 SMS HC |
| *Petitioner*, | EX PARTE REQUEST FOR ORDER DIRECTING U.S. MARSHAL'S OFFICE TO PAY FOR COPY OF EVIDENTIARY HEARING TRANSCRIPT; ORDER |
| v. | |
| CHERYL PLILER, | |
| *Respondent*. | |

On October 14, 2010, an evidentiary hearing was held in the above-entitled matter before Judge Sandra M. Snyder. At the conclusion of the hearing the court set out a briefing schedule for the parties to submit closing arguments.

Counsel for petitioner Vargas was appointed under the Criminal Justice Act (CJA). It is necessary for petitioner Vargas' counsel to obtain a transcript of the evidentiary hearing to complete this brief. Counsel has been advised by the CJA panel administrator that an order from this court is required directing the U. S. Marshal to pay for the costs of petitioner's transcript of the evidentiary hearing.

*EX PARTE REQUEST FOR ORDER DIRECTING U.S. MARSHAL'S OFFICE TO PAY FOR COPY OF EVIDENTIARY HEARING TRANSCRIPT; Vargas v. Pliler, No. 1:03-cv-06622 OWW HC*

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Paul O'Connor counsel for respondent has agreed with petitioner's counsel to
2  split the cost of preparing the hearing transcript.  The court reporter has provided
3  an estimate for the entire cost of a transcript as $267.75 if prepared within a 14-day
4  time frame.
5  It is petitioner Vargas request that this Court order the U.S. Marshal to pay
6  $133.88 to court reporter, O. Figueroa, for his portion of the cost of this transcript.

7  Dated:    October 20, 2010            Respectfully submitted,

8  /s/Carolyn Phillips
   CAROLYN PHILLIPS
   Attorney for Petitioner
9  Jason Vargas

## ORDER

IT IS HEREBY THE ORDER OF THE COURT, that the United States Marshal shall pay to court reporter O. Figueroa the sum of $133.88 for the cost of the transcript of the October 14, 2010 evidentiary hearing. Jason Vargas is a state inmate who was transported to the United States District Court for the Eastern District of California, Fresno, for purposes of testifying at the hearing, and then was returned to CSP-Corcoran.

Dated:  October 21, 2010            /s/ Sandra M. Snyder
                                    SANDRA M. SNYDER
                                    U.S. District Court Magistrate Judge

*EX PARTE REQUEST FOR ORDER DIRECTING U.S. MARSHAL'S OFFICE TO PAY FOR COPY OF EVIDENTIARY HEARING TRANSCRIPT; Vargas v. Pliler, No. 1:03-cv-06622 OWW HC*
2

PDF created with pdfFactory trial version www.pdffactory.com