IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MARTINEZ VARGAS,<br><br>    Petitioner,<br><br>    vs.<br><br>CHERYL PLILER,<br><br>    Respondent.<br>_____/ | 1:03-cv-06622-OWW-SMS (HC)<br><br>ORDER RE; STIPULATION TO FILE POST-HEARING OPENING BRIEFS<br><br>(DOCUMENT #94)<br><br>DEADLINE: JANUARY 7, 2011 |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 14, 2010, respondent filed a stipulation to file post-hearing opening briefs . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

The parties are granted up to and including January 7, 2011, in which to file their post-hearing opening briefs.

IT IS SO ORDERED.

**Dated:   December 16, 2010**          **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE